(81 South. 894)

McDONALD v. STATE. (8 Div. 530.) (Court of Appeals of Alabama. March 18, 1919.) Appeal from Circuit Court, Lawrence County; C. P. Almon, Judge. Will McDonald was indicted for murder in the first degree, and upon a trial was convicted of murder in the second degree, and sentenced to a term of 10 years in the penitentiary. From the judgment of conviction he appeals. Affirmed. William L. Chenault, of Russellville, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no brief filed for the appellant in this cause, but his insistence is set forth in the motion for a new trial, in which he assigns four grounds: (1) That the verdict was contrary to the evidence; (2) that there was not sufficient evidence to support the verdict; (3) because the court refused to give the affirmative charge as requested by the defendant; and (4) that there was not sufficient evidence to support the judgment. We have carefully examined the evidence in this case, and are of the opinion that it was a question for the jury under the facts, and that the entire case was submitted to the jury under a full, fair, and impartial charge from the trial court. There is no error in the record, and the judgment is in all things affirmed. Affirmed.

(81 South. 894)

McELROY v. STATE. (6 Div. 573.) (Court of Appeals of Alabama. May 6, 1919.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Will McElroy was indicted for murder in the second degree, and upon his trial was convicted of manslaughter in the first degree, and from the judgment he appeals. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and we find no error in the record. The judgment is affirmed. Affirmed.

(82 South. 895)

McGOWAN v. STATE. (8 Div. 672.) (Court of Appeals of Alabama. June 17, 1919.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed.

(85 South. 926)

MARSHALL v. STATE. (7 Div. 648.) (Court of Appeals of Alabama. June 8, 1920.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Affirmed on certificate.

(81 South. 894)

MILLS v. STATE. (5 Div. 308.) (Court of Appeals of Alabama. May 6, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(85 South. 926)

MILLS v. STATE. (6 Div. 708.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Charlie Mills was convicted of manslaughter, and appeals. Affirmed. Pinkney Scott, of Bessemer, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed. Affirmed.

(85 South. 926)

MOSELY v. STATE. (8 Div. 642.) (Court of Appeals of Alabama. Feb. 10, 1920.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

(81 South. 894)

MUTUAL LOAN SOCIETY, Inc., v. A. D. ABBOTT. (6 Div. 492.) (Court of Appeals of Alabama. Jan. 14, 1919.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. London, Yancey & Brower, of Birmingham, for appellant. P. P. Daugette, of Birmingham, for appellee.

BRICKEN, J. Appeal dismissed by appellant.

(85 South. 926)

NATIONAL SURETY CO. et al. v. GRAVES et al. (8 Div. 669.) (Court of Appeals of Alabama. Feb. 10, 1920.) Appeal from Circuit Court, Limestone County; Robert C. Brickell, Judge. W. R. Walker, of Athens, and Charles F. Douglass, of Anniston, for appellants. Horton & Patton, of Athens, for appellees.

MERRITT, J. Appeal dismissed on motion of appellant.

(85 South. 927)

NELSON et al. v. PROPST. (6 Div. 645.) (Court of Appeals of Alabama. April 22, 1920.) Appeal from Circuit Court, Fayette County; J. J. Curtiss, Judge. R. F. Peters, of Fayette, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(81 South. 894)

OGLESBY v. CITY OF SYLACAUGA. (7 Div. 570.) (Court of Appeals of Alabama. Jan. 16, 1919.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. Knox, Acker, Dixon & Sims, of Talladega, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(84 South. 926)

PARTIN v. SCHREINER. (1 Div. 339.) (Court of Appeals of Alabama. Jan. 16, 1920.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

MERRITT, J. This cause was submitted on motion to dismiss appeal. The motion is granted, and the appeal dismissed.